FILED

UNITED STATES DISTRICT COURT DISTRICT OF WYOMING

8:31 am, 10/15/26

Margaret Botkins
Clerk of Court

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

Plaintiff,

vs.

JACLYN MARIE COLEBANK

Defendant.

Case Number: 26-CR-102-KHR

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) Defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant shall immediately advise the court, Pretrial Services Officer, defense counsel and the U.S. Attorney in writing before making any change in address and telephone number.

(4) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear at Cheyenne, WY Courtroom #1 on December 14, 2026 at 9:00am.

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

(5) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED the release of the defendant is subject to the conditions marked below:

Defendant must submit to supervision by, and report to, the Pretrial Services Officer, telephone number (406) 657-6710, no later than immediately following today's court proceedings and thereafter at such times and in such manner as designated by the Officer.

Defendant must surrender to the Pretrial Services Officer any passport or other international travel document.

Defendant shall not obtain a passport or other international travel document.

Defendant must participate in a program of outpatient mental health evaluation, therapy and counseling if directed by the Pretrial Services Officer.

Defendant must not possess a firearm, destructive device, or other weapon.

Defendant must not use any alcohol.

Defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

Defendant must submit to testing for a prohibited substance if required by the Pretrial Services Officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and any form of prohibited substance screening or testing. Defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing. Defendant shall pay all costs associated with the program, unless the Pretrial Services Officer determines Defendant is financially unable to pay.

Defendant must participate in a program of outpatient substance abuse evaluation, therapy and counseling if directed by the Pretrial Services Officer.

Defendant must report as soon as possible to the Pretrial Services Officer every contact with law enforcement personnel, including arrests, questioning, and traffic stops.

Defendant shall submit to a search of her person, residence, vehicle, computer, or office based upon reasonable suspicion of a violation of the conditions of release.

Defendant shall not open any new financial accounts without permission of Court.

Defendant shall not incur any new debt without permission of the Court.

Defendant shall not transfer or sell any asset, including money or monetary investments, without permission of the Court, to include any assets she jointly holds with others, including her husband.

Defendant shall not contact potential witnesses, to include the principles, owners, or any other individuals within the accounting/billing/bookkeeping department(s) at Victim Business (Olsen Orthodontics) that is the subject of the Indictment.

## Advice of Penalties and Sanctions

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. §3148, and a prosecution for contempt as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not less than two years nor more than ten years if the offense is a felony; or a term of imprisonment of not less than ninety days nor more than one year if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

18 U.S.C. §1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror, or officer of the court; 18 U.S.C. §1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a criminal offense punishable by up to ten years imprisonment and a $250,000 fine to tamper with a witness, victim, or informant; and 18 U.S.C. §1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten or attempt to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for:

(1) an offense punishable by death, life imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

[signature]
Signature of Defendant

Billings, MT 59102
City/State/Zip

## Direction to the United States Marshal

Dated this 9th day of October, 2026.

[signature: Scott P. Klosterman]
Scott P. Klosterman
Chief United States Magistrate Judge